UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Case No. 2:19-cv-02477-JHS <br> ) |
| v. | ) <br> ) <br> ) |
| JOHN DOE subscriber assigned IP address 173.75.253.181, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

### MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Greg Lansky in support of this motion; (3) Declaration of Tobias Fieser in support of this motion; (4) Declaration of John S. Pasquale in support of this motion; and (5) Declaration of Susan B. Stalzer, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 06/19/2019

Respectfully submitted,

By: */s/ John C. Atkin*
    John C. Atkin, Esq. (326957)
    JAtkin@atkinfirm.com
    55 Madison Avenue, Ste. 400
    Morristown, NJ 07960
    Tel.: (973) 285-3239
    Fax: (833) 693-1201
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.1.2(8)(b), I certify that on the date set forth below, I caused a copy of the (1) Memorandum of Law in support of this motion; (2) Declaration of Greg Lansky in support of this motion; (3) Declaration of Tobias Fieser in support of this motion; (4) Declaration of John S. Pasquale in support of this motion; and (5) Declaration of Susan B. Stalzer to be filed electronically and that they are available for viewing and downloading from the ECF system.

Dated: June 19, 2019                                         */s/ John C. Atkin, Esq.*
                                                                           John C. Atkin, Esq.